**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00536-CV
_____

### IN RE A.B., Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
309th District Court
Harris County, Texas
Trial Court Cause No. 2017-76908

## MEMORANDUM OPINION

On July 2, 2018, relator A.B. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sheri Y. Dean, judge of the 309th District Court of Harris County, to set aside the June 13, 2018 temporary restraining order and June 27, 2018 order granting the motion to extend

the temporary restraining order, signed by the Honorable Judge Beverly B. Malazzo, associate judge of the 309th District Court of Harris County.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Jewell.